UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICKY SIMMONS,

    Plaintiff,

v.        Case No. 8:17-cv-200-T-33AEP

ALBERTA R. SEVERIN and JOHN E. SEVERIN,

    Defendants.
_____/

**ORDER**

This matter comes before the Court upon Plaintiff's Complaint (Doc. 1) and Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2), which the Court construes as a motion for leave to proceed *in forma pauperis*. Upon consideration, it is hereby

ORDERED:

1. Plaintiff's construed motion for leave to proceed *in forma pauperis* (Doc. 2) is GRANTED.

DONE AND ORDERED in Tampa, Florida, on this 26th day of January, 2017.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:    Counsel of Record